IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **FILED UNDER SEAL** |
| ) | |
| vs. ) | CRIMINAL NO. 25-mj-7159-MAB |
| ) | |
| RYAN M. JENNINGS, ) | Title 18 United States Code |
| ) | Sections 2423(b) |
| Defendant. ) | |
| ) | |

## CRIMINAL COMPLAINT

I, Trisha L. Zimmerman, Task Force Officer with the Federal Bureau of Investigations (FBI), the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1
### INTERSTATE TRAVEL WITH INTENT TO ENGAGE
### IN A SEXUAL ACT WITH A MINOR

On or between September 1, 2024, and September 30, 2024, in Madison County, within the Southern District of Illinois and Eastern District of Missouri,

**RYAN M. JENNINGS,**

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

### COUNT 2
### INTERSTATE TRAVEL WITH INTENT TO ENGAGE
### IN A SEXUAL ACT WITH A MINOR

On or about September 1, 2024, through September 30, 2024, in Madison County, within the Southern District of Illinois and Eastern District of Missouri,

**RYAN M. JENNINGS,**

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3
### INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN A SEXUAL ACT WITH A MINOR

On or between October 1, 2024, and November 30, 2024, in Madison County, within the Southern District of Illinois and Eastern District of Missouri,

**RYAN M. JENNINGS,**

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 4
### INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN A SEXUAL ACT WITH A MINOR

On or between December 1, 2024, and December 31, 2024, in Madison County, within the Southern District of Illinois and Eastern District of Missouri,

**RYAN M. JENNINGS,**

defendant herein, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18 United States Code, Section 2423(f), with another person, in violation of Title 18, United States Code, Section 2423(b).

## **AFFIDAVIT**

1.      I am a Detective for the Southern Illinois University Edwardsville Police Department, currently on special assignment as a Task Force Officer to the Federal Bureau of Investigation (FBI) Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, all involving the Sexual Exploitation and Other Abuse of Children. I am presently assigned to the Springfield Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423.  In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses.  As a task force officer, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers.  This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that RYAN M. JENNINGS committed violations of Title 18, United States Code, Section 2423(b).

4. I learned through an ongoing investigation that MV1, a 15-year-old minor, had communications and sexual contact with an adult male subject MV1 identified as "Ryan".

5. During a Child and Adolescent Forensic Interview (CAFI) on March 6 and 11, 2025, MV1 disclosed the following information:

    a. MV1 met Ryan in late August of 2024 through social media. MV1 learned Ryan lived in the Farmington, Missouri area.

    b. In September of 2024, MV1 met Ryan in Granite City, Illinois at Werthen Park on two different occasions.

    c. On November 29, 2024, MV1 met Ryan at Werthen Park in Granite City, Illinois. Ryan drove MV1 to Horseshoe Lake.

    d. On December 23, 2024, Ryan came to MV1's home located in Granite City, Illinois, and entered through a bedroom window.

    e. In January of 2025, Ryan came to MV1's home located in Granite City, Illinois, and entered through a bedroom window.

    f. Over Valentine's Day weekend in February of 2025, Ryan visited MV1 at her grandparent's house in Alton, Illinois. Ryan brought MV1 a cellular phone after learning MV1's phone had been collected by law enforcement.

    g. Ryan received sexually explicit nude content from MV1 via Snapchat. The nude content portrayed her breasts, vagina and buttocks completely exposed. Ryan received multiple masturbation videos of her and would praise her and tell her how good she looked.

    h. Ryan sent her a video of him masturbating on two occasions via Snapchat. They completed Snapchat video calls together and the video content was of each of them masturbating.

6. During the initial CAFI, MV1 stated Ryan was not aware of her true age and the two never had sexual contact.

7. Ryan was identified by law enforcement through photographs and phone number as Ryan M. Jennings. Jennings' date of birth is December 22, 1995, making him 29 years old. Jennings' registered vehicle was identified as a Red 2020 Jeep with Missouri registration RF4X0T.

8. A review of license plate readers and cameras identified at least 3 instances of Jennings' vehicle traveling to Illinois from Missouri. Those instances were consistent with the direction and proximity to the locations described by MV1 to include her home in Granite City, Illinois and her grandparent's home in Alton, Illinois. Specifically, On September 30, 2024, Jennings' vehicle was observed in Granite City, Illinois approximately 5-minutes from MV1's home. On December 16, 2024, Jennings' vehicle was observed is observed 7 times traveling in the vicinity of Madison, Illinois at the Pilot Truck Stop. The registration travels northbound on Route 3 at 0325 hours and is later spotted traveling back southbound towards Missouri at 0812 hours. The locations in which Ryan's registration was observed is an approximate 10-minute drive to MV1's home, and the travel corroborates MV1's account of Ryan traveling to meet her in the early morning hours of a December date in 2024. On February 16, 2025, Missouri registration was observed 8 times traveling from Missouri via the McKinley Bridge eastbound into Illinois. The registration proceeded to Granite City, Wood River, and Alton before returning westbound into Missouri via the McKinley Bridge approximately 1 hour later.

9. I reviewed a screen recording captured by MV1 on October 6, 2024. That video shows an extended period of communication over months on Instagram between MV1 and "Jon Doe". MV1 identified the account as Jennings. I observed a photograph from the "Jon Doe" account that was consistent with Jennings. Within the recording, I observed the following:

> a. Both parties speaking about deleting their Instagram communications in fear of getting caught
>
> b. An audio message sent by Jon Doe with him heard stating the following [verbatim]: "You're such a good little girl for me. I want you to play with both of your little holes and think about me pounding into your slutty little pussy, filling you full, full of cum, and you sucking me off after I fuck you, tasting your pussy all over my big, big cock."

    c. Jon Doe referring to MV1 as "my little girl", "baby", "my sexy girl", "my slut", "my fucking whore", "cock sucking slut" and "good little girl" with MV1 referring to Jon Doe as "daddy" and "dad".

    d. Jon Doe asking MV1 "How many times did you cum?" and "Is my name still written on you?" (*numerous times in the image and video content, MV1 can be observed with the name "Ryan" written on various body parts to include her buttocks, breast, cheek, and upper vagina area). Jon Doe asking MV1 "Did you play with your collar on?"

    e. On multiple occasions, both parties talk about meeting in person and describe how they cannot wait to see each other. They also discuss meetings that have already occurred, describe what happened during those meetings, and/or what they will change to do better or try out sexually in their next meeting.

    f. Jon Doe telling MV1 "You better be thinking about me raping your little teen cunt", "I'm going to squeeze you so hard next Monday, Smother you in my chest", and "I'm in Granite City stopping at the gas station." (Statements not in subsequent order but each are verbatim).

    g. Verbatim screenshot:

- Jon Doe - I'm going to focus more on your ass next time too
- MV1- okay. i really want u to cum inside me next time
- Jon Doe - Babe, I don't want to sound too mean or anything, but I'm not cumming in your pussy until you're on birth control
- MV1 - okayy
- Jon Doe - But I'll cum in your ass. Compromise lol
- MV1- lol
- Jon Doe - And make you suck my cock after
- MV1 - i love sucking it <3
- Jon Doe - Like any good daughter would

10. MV1's parents located a pink pet collar in MV1's bedroom with an etched pink heart charm on it which reads "MV1 Property of Ryan". MV1's parents also identified a journal belonging to MV1. Within the journal were several entries by MV1 written from the viewpoint of MV1 informing Ryan about her life and the current investigation. Those entries corroborated the first CAFI interview timeline. For example, MV1 wrote on March 6, 2025:

> "<u>The interview</u>…….I said I followed you on Instagram, we were just friends and I told you I was 18. It got cut short. Next week I have to go back. I almost wanted to break down and tell the truth then. They were so nice and supportive. But I knew id regret it. Idk if what ill say will help anything but I really hope it does. Im playing nice, putting on a fake smile and its working good."

In an entry dated March 11 (the date of MV1's follow-up interview specifically regarding Ryan), MV1 writes:

"I haven't been writing to you much, ive been busy fighting. The interview was today. I read a six page long note of basically lies to defend us. It could go either way. They found the Instagram st"

These two particular entries are of importance as they align exactly with MV1's actual CAFI interview dates and the fact that MV1 submitted a 5-6 page written statement regarding Ryan at the second interview. In the statement and interview, she claimed her and Ryan met up on several occasions but never had sex. MV1 also claimed Ryan was not aware of her true age. In her journal entries, she tells Ryan what she wrote in the CAFI interview statement was a lie told in protection of them and their relationship.

11. During a follow up CAFI interview on July 11, 2025, MV1 disclosed the following additional information:

a. Ryan gifted MV1 the collar during his third visit to Granite City, Illinois. Sexual activity occurred between MV1 and Ryan during that visit.

b. MV1 estimated Ryan visited her on 15 occasions and approximately half of those occasions were for the purpose of having sex.

c. Ryan engaged in sexual activity with MV1 inside his red Jeep in the backseat on multiple occasions.

12. On July 24, 2025, I conducted an interview with Ryan Jennings. During that interview, after being advised of his Miranda rights, Jennings admitted that he learned of MV1 age as a minor and still engaged in sexual contact with her. Jennings admitted that he drove from Missouri to Illinois on numerous occasions to engage in sexual acts with MV1. Jennings specifically acknowledged the following:

a. Defendant engaged in sexual acts with MV1 the first time they met in September of 2024 at a park in Granite City, Illinois.

      b. Defendant engaged in sexual acts with MV1 a second time in September of 2024 at a park in Granite City, Illinois, within his vehicle.

      c. Defendant engaged in sexual acts with MV1 in a field in Granite City, Illinois, sometime in the fall of 2024, after the September contact.

      d. Defendant engaged in sexual acts with MV1 in her home in Granite City, Illinois in December of 2024.

Defendant also acknowledged that he learned law enforcement had seized MV1's phone. Defendant provided MV1 a phone he purchased from Dollar General so he could maintain contact with MV1.

FURTHER YOUR AFFIANT SAYETH NOT

_____
Trisha L. Zimmerman
Task Force Officer, Federal Bureau of Investigation


STEVEN D. WEINHOEFT
United States Attorney

_____
Alexandria M. Burns
Assistant United States Attorney


Subscribed and sworn to on this __24__ day of July 2025.

_____
Mark A. Beatty
United States Magistrate Judge